UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALENTINE ROOFING INC,

Plaintiff,

v.

STEVENSON ROOFING INC, et al.,

Defendants.

C19-1702 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Extend Deadlines, docket no. 13, is GRANTED. No further extensions will be granted. The deadlines outlined in the Order entered October 30, 2019, docket no. 6, are EXTENDED as set forth below:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | April 20, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | May 4, 2020 |
| Combined Joint Status Report and Discovery Plan | May 4, 2020 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1